# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144125 & (43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BASIM ALJAZI,
      Plaintiff-Appellant,

v

STATE FARM INSURANCE,
      Defendant-Appellee.

SC: 144125
COA: 301038
Ingham CC: 09-001685-CZ

_____/

      On order of the Court, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319